UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:23-Cr-5-1 |
| ) | |
| LAW ZABRISKIE, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between in or about late 2019 and on or about June 29, 2021, in the District of Vermont and elsewhere, the defendant LAW ZABRISKIE and others, known and unknown, knowingly and willfully conspired to possess with the intent to distribute and to distribute Tapentadol, a Schedule II controlled substance, and Tramadol, Carisoprodol, and Zolpidem, Schedule IV controlled substances.

(21 U.S.C. §§ 841(a), 841(b)(1)(C), 841(b)(2), 846)

1

## FORFEITURE NOTICE ONE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

2. Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841 & 846, the defendant, LAW ZABRISKIE, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes United States funds in the amount of gross proceeds obtained as a result of the violation.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of this court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(21 U.S.C. § 853)

A TRUE BILL
REDACTED
FOREPERSON

_Nikolas P. Kerest_ (JJB)
NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont
January 12, 2023